DHF LAW, PC
DEVIN H. FOK, ESQ. (SBN 256599)
shaofok@gmail.com
234 E. Colorado Blvd., 8th floor
Pasadena, CA 91101
Telephone: 888-651-6411
Facsimile: 818-484-2023

Attorney for Plaintiff
Mohamed S. Adan

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED S. ADAN, individually and on behalf of the proposed class,<br>Plaintiff,<br>v.<br>U.S. SECURITY ASSOCIATES, INC., a foreign corporation doing business in California; and DOES 1 - 10, inclusive,<br>Defendants. | Case No.: 3:17-cv-1150 WQH-JLB<br><br>**JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. William Q. Hayes<br>Courtroom: 14B |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this Court's April 6, 2018 Order Scheduling Second Settlement Disposition Conference (ECF No. 38), the Plaintiff Mohamed Adan ("Plaintiff") and Defendant U.S. Security Associates, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Joint Motion and Stipulation for Dismissal with Prejudice.  In support, the Parties state as follows:

The Parties have negotiated a Confidential Settlement Agreement and General Release that fully and finally resolves and settles all claims in this matter, and agree and stipulate that this matter be dismissed with prejudice, with each party to bear his/its own respective costs and attorney fees.

The Parties therefore jointly move this Court for an order dismissing this matter with prejudice.

DATED:  May 3, 2018                          DHF LAW, PC

                                             By: /s/ *Devin H. Fok*
                                             DEVIN H. FOK
                                             shaofok@gmail.com
                                             Counsel for Plaintiff
                                             MOHAMED S. ADAN

DATED:  May 3, 2018                          HUNTON & WILLIAMS LLP

                                             By: /s/ *Emily Burkhardt Vicente*
                                             EMILY BURKHARDT VICENTE
                                             ebvicente@huntonAK.com
                                             D. ANDREW QUIGLEY
                                             aquigley@huntonAK.com
                                             Counsel for Defendant
                                             U.S. SECURITY ASSOCIATES, INC.

## CERTIFICATION OF CONTENT

I, Devin H. Fok, hereby certify that the content of the foregoing document is acceptable to all persons required to sign, and that Defendant's counsel granted Plaintiff's counsel permission to file it and affix her electronic signature above.

/s/ *Devin H. Fok*
DEVIN H. FOK
shaofok@gmail.com

# CERTIFICATE OF SERVICE

I am employed in the County of _____, State of California. I am over the age of 18 years and not a party to this action. My business address is _____.

On _____, I electronically transmitted the following document(s) **JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, and on the interested parties in this action:

Emily Burkhardt Vicente
D. Andrew Quigley
Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
ebvicente@huntonAK.com
aquigley@huntonAK.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on _____, in _____, California.

_____