1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED S. ADAN, individually and on behalf of the proposed class,<br><br>Plaintiff,<br><br>v.<br><br>U.S. SECURITY ASSOCIATES, INC., a foreign corporation doing business in California; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 3:17-cv-1150-WQH-JLB<br><br>**PROPOSED ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1 | The Court, having considered the Parties Joint Motion and Stipulation for Dismissal with Prejudice (ECF No. ___), and good cause appearing in support, hereby GRANTS the same.

IT IS HEREBY ORDERED that the above-captioned matter (Case No. 3:17-cv-01150-WQH-JLB) is dismissed with prejudice. All parties to bear their own fees and costs.

Dated: _____, 2018

                                            _____
                                            Hon. William Q. Hayes
                                            United States District Court