# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED S. ADAN, individually and on behalf of the proposed class,<br><br>Plaintiff,<br><br>v.<br><br>U.S. SECURITY ASSOCIATES, INC., a foreign corporation doing business in California; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 3:17-cv-1150-WQH-JLB<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1 | The Court, having considered the Parties Joint Motion and Stipulation for
2 | Dismissal with Prejudice (ECF No. 41), and good cause appearing in support, hereby
3 | GRANTS the same.
4 | IT IS HEREBY ORDERED that the above-captioned matter (Case No. 3:17-cv-
5 | 01150-WQH-JLB) is dismissed with prejudice. All parties to bear their own fees and
6 | costs.
7 | Dated: May 4, 2018

*William Q. Hayes* (signature)
Hon. William Q. Hayes
United States District Court